1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  BOARD OF TRUSTEES OF THE              Case No.:  CV 10-2449 MEJ
    LABORERS HEALTH AND WELFARE
11  TRUST FUND FOR NORTHERN              **CASE MANAGEMENT CONFERENCE**
    CALIFORNIA; BOARD OF TRUSTEES OF      **STATEMENT; ORDER THEREON**
12  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN              **Date:      September 9, 2010**
13  CALIFORNIA; BOARD OF TRUSTEES OF     **Time;      10:00 a.m.**
    THE LABORERS PENSION TRUST FUND      **Ctroom:  B, 15th Floor**
14  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE
15  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
16  CALIFORNIA,

17                  Plaintiffs,

18          v.

19  CITY CEMENT, INC., a California
    corporation,
20
                    Defendant.
21

22          Plaintiffs hereby provide the Court with the following Case Management Conference

23  Statement.

24          On June 3, 2010 Plaintiffs filed their Complaint for Damages for Breach of Collective

25  Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary

26  Duty and For A Mandatory Injunction ("Complaint").  Defendant Jose Francisco Vieira has

27  been voluntarily dismissed.  Further, Plaintiffs' Third Cause of Action for Breach of Fiduciary

28  Duty has also been voluntarily dismissed.

                                    – 1 –

1    Defendant City Cement, Inc. was served on July 8, 2010.   City Cement, Inc. did not file

2  a responsive pleading.  On August 27, 2010 Plaintiffs filed their Request For Clerk's Entry of

3  Default.  Plaintiffs intend to proceed in this matter via default.

4    Based on the above, Plaintiffs respectfully request that this Court continue the Case

5  Management Conference for 60 days, allowing Plaintiff time to prepare and file a motion for

6  default judgment.

7  DATED:  September 1, 2010

8                                  BULLIVANT HOUSER BAILEY PC

9

10                          By _____

11                                  Ronald L. Richman
                                   Susan J. Olson

12                                  Attorneys for Plaintiffs

13

14                                  **ORDER**

15    Pursuant to Plaintiffs' request and good cause appearing:

16    IT IS HEREBY ORDERED that the Case Management Conference be continued to

17  _____, 2010, Courtroom B, 15th Floor at 10:00 a.m.
    November 18

18  DATED:  September ___, 2010
                         2

19

20                          By _____

21                                  HON. MARIA-ELENA JAMES
                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25  12791230.1

26

27

28

                                   – 2 –

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON