Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY CEMENT, INC., a California corporation,<br><br>　　　　　　Defendant. | Case No.: CV 10-2449 MEJ<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:　　November 18, 2010<br>Time:　　10:00 a.m.<br>Ctroom:　B, 15th Floor<br>　　　　　　Hon. Maria Elena-James |

## STATEMENT

Plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") on June 3, 2010, seeking to recover past due employee fringe benefit contributions on behalf of City Cement, Inc.'s covered employees.

Defendant City Cement, Inc. was served on July 8, 2010. City Cement, Inc. did not file a responsive pleading.

On August 27, 2010 Plaintiffs filed their Request For Clerk's Entry of Default. On September 1, 2010 The Request for Clerk's Entry of Default was denied. Plaintiffs' discovered there was an error in the Proof of Service (failure to identify the attorney served as the Agent for Service of Process for City Cement, Inc.). On November 5, 2010 Plaintiffs filed a Revised Proof of Service, identifying Kimberly Munoz, attorney, as the Agent for Service of Process for City Cement, Inc.

On November 9, 2010 Plaintiffs' filed their Revised Request for Clerk's Entry of Default. The Revised Request for Clerk's Entry of Default is pending. Once the Clerk of Court enters the Default of Defendant City Cement, Inc., Plaintiffs will be prepared to file a Motion for Default Judgment.

Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for 60 days at which time the Request for Clerk's Entry of Default should be granted and Plaintiffs' Motion for Default Judgment on file with this Court.

DATED: November 10, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to January 20, 2011, ~~2010,~~ Courtroom B, 15th Floor at 10:00 a.m.

DATED: November 12, 2010

By _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

12930956.1

— 2 —

STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON