UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>CITY CEMENT, INC.,<br><br>       Defendants. | Case No. C10-2449 SBA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE; JUDGMENT**<br><br>**(Docket 21, 31)** |

Magistrate Judge Nandor J. Vadas issued a Report and Recommendation in which he granted Plaintiffs' motion for default judgment, Docket 31, against Defendant City Cement, Inc. Docket 31. Although no objections have been filed, this Court reviews Magistrate Judge Vadas' legal conclusions de novo. See Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). Upon such review, the Court finds no error in Magistrate Judge Vadas' Report and Recommendation. Accordingly,

//

//

//

IT IS HEREBY ORDERED THAT Magistrate Judge Vadas' Report and Recommendation (Docket 31) is ACCEPTED and shall become the Order of this Court. Judgment is hereby entered as follows:

1. Defendant City Cement, Inc. shall pay Plaintiffs the amount of $81,400.06; and

2. Defendant City Cement, Inc. shall submit to an audit of its financial records for the period January 1, 2008 through the present.

3. This Order terminates Docket 21, 31. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 11, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge